UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-78-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARCUS LYONEL STORY | ORDER |

This matter having come before the Court by joint motion of the Office of the Federal Public Defender and the United States Attorney's Office to set sentencing at the time of arraignment for the Defendant, and for good cause shown, it is hereby ORDERED that the arraignment and sentencing hearing shall be scheduled for August 11, 2015 at 9:30 a.m. before Magistrate Judge Robert B. Jones, Jr. at New Bern, NC.

SO ORDERED.

This __3rd__ day of __August__, 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE